**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ELAINE STEWART, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINCOLN NATIONAL LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Case No. 2:21-cv-02134-HLT-GEB |

**JOINT NOTICE OF SETTLEMENT**

The Parties, by and through counsel, hereby notify the Court that they have reached a settlement resolving this case and are working to finalize the settlement documents. It is expected that the parties will file a Stipulation of Dismissal with Prejudice within 45 days.

Dated: June 14, 2021.

Respectfully submitted,

By: /s/ Derrick A. Pearce (*w/consent*)
    Kyle H. Sciolaro
    Derrick A. Pearce
    Burnett Driskill
    BURNETTDRISKILL, LLC
    103 West 26th Ave., Ste. 290
    North Kansas City, MO 64116
    Tel: (816) 781-4836
    ksciolaro@burnettdriskill.com
    dpearce@burnettdriskill.com

**ATTORNEYS FOR PLAINTIFF**

By: /s/ *Cristin J. Mack*
    Cristin J. Mack
    OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
    7700 Bonhomme Avenue, Suite 650
    St. Louis, Missouri 63105
    314-802-3935
    314-802-3936 *(Facsimile)*
    cristin.mack@ogletree.com

**ATTORNEYS FOR DEFENDANT**

47449275.1