# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELAINE STEWART,<br><br>              Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:21-cv-02134-HLT-GEB<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Elaine Stewart and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and the same hereby are dismissed with prejudice. Each party shall bear her or its own costs, attorney's fees, and expenses of litigation.

Dated:

Respectfully submitted,

| | |
|---|---|
| By: /s/ Derrick A. Pearce (*w/consent*)<br>    Kyle H. Sciolaro<br>    Derrick A. Pearce<br>    Burnett Driskill<br>    BURNETTDRISKILL, LLC<br>    103 West 26th Ave., Ste. 290<br>    North Kansas City, MO 64116<br>    Tel: (816) 781-4836<br>    ksciolaro@burnettdriskill.com<br>    dpearce@burnettdriskill.com<br><br>**ATTORNEYS FOR PLAINTIFF** | By: /s/ *Cristin J. Mack*<br>    Cristin J. Mack<br>    OGLETREE, DEAKINS, NASH, SMOAK &<br>    STEWART, P.C.<br>    7700 Bonhomme Avenue, Suite 650<br>    St. Louis, Missouri 63105<br>    314-802-3935<br>    314-802-3936 *(Facsimile)*<br>    cristin.mack@ogletree.com<br><br>**ATTORNEYS FOR DEFENDANT** |